**U.S. Probation and Pretrial Services**

# MEMORANDUM

| | |
|---|---|
| **DATE:** | January 26, 2017 |
| **TO:** | The Honorable A. David Copperthite<br>U.S. Magistrate Judge |
| **FROM:** | Sharnell M. Howell<br>U.S. Probation Officer<br>(301) 344-3838 |
| **RE:** | Moton, Tryshanda<br>Docket No.: 16-mj-01744-ADC |
| **SUBJ:** | **REQUEST FOR INTERNATIONAL TRAVEL** |

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JAN 27 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Tryshanda Moton has been under supervision in our office since October 2016. She has successfully completed all of her conditions of the Order to Stay Entry of Judgment and Order of Probation. Ms. completed substance abuse treatment at Act II, attended the Victim Impact Panel and all monies have paid in full. Ms. Moton has reported as directed and there has been no indication of any new arrests.

Ms. Moton has requested permission to travel on a cruise to the Bahamas from March 3, 2017 through March 6, 2017. This office has no objections to Ms. Moton being allowed to travel internationally at this time.

Respectfully Submitted By:                    Reviewed and Approved By:

_Sharnell Howell_                              _Laura Reber_

Sharnell M. Howell                            Laura L. Reber
U.S. Probation Officer                        Supervisory, U.S. Probation Officer

1/26/2017                                     1/26/2017
Date                                          Date

---

[ ✓ ] Agree with USPO action
[   ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[   ] Disagree, Submit a Request for Warrant or Summons
[   ] Disagree, Other

_A. David Copperthite_
Honorable A. David Copperthite
United States Magistrate Judge

27 January 2017
Date